# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, THOMAS L. | U S DISTRICT JUDGE, WESTERN DISTRICT OF TENNESSEE | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1111 CLIFFORD DAVIS/ODELL HORTON FEDERAL BUILDING
167 N MAIN STREET
MEMPHIS, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, THOMAS L. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/28/18 | BAKER DONELSON BEARMAN CALDWELL & BERMAN, 165 MADISON AVE, MEMPHIS, TN 38103 - ATTORNEY | $53,915.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | St. Marys Episcopal School, 60 Perkins Ext, Memphis, TN 38117 - Teacher's Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, THOMAS L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust - Bank Account | | None | J | T | | | | | |
| 2. Suntrust - Bank Account | | None | J | T | | | | | |
| 3. Sunttrust - Bank Account | A | Interest | J | T | | | | | |
| 4. Chevron - Stock held at Computershare | A | Dividend | J | T | | | | | |
| 5. Briston-Myers Squibb - Stock held at Equinti | A | Dividend | J | T | | | | | |
| 6. Raymond James (H) | | | | | | | | | |
| 7. -American Funds: AMCAP Fund | C | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 8. | | | | | Sold (part) | 09/13/18 | J | B | |
| 9. -American Funds: American Fund | B | Dividend | K | T | | | | | |
| 10. -Federated: Strategic Value Dividend Fund | C | Dividend | L | T | Sold (part) | 06/25/18 | J | A | |
| 11. | | | | | Sold (part) | 09/13/18 | J | A | |
| 12. - First Eagle: Global Fund | B | Dividend | K | T | Sold (part) | 09/13/18 | J | A | |
| 13. - American Funds: Investment Company of America | C | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 14. | | | | | Sold (part) | 09/13/18 | K | B | |
| 15. - Bristol Myers Squibb | A | Dividend | | | Sold | 06/25/18 | J | A | |
| 16. - Chevron | A | Dividend | K | T | | | | | |
| 17. - Dover | A | Dividend | | | Sold | 06/25/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, THOMAS L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobil | A | Dividend | | | Sold | 06/25/18 | J | A | |
| 19. - General Electric | A | Dividend | | | Sold | 06/25/18 | J | A | |
| 20. - Apergy | | None | | | Sold | 06/25/18 | J | A | |
| 21. GT Fixed Income Fund, LP | A | Int./Div. | K | T | | | | | |
| 22. Raymond James EP (H) | | | | | | | | | |
| 23. - First Eagle: Global Fund | A | Dividend | J | T | | | | | |
| 24. - American Funds: Growth Fund of America | C | Dividend | K | T | | | | | |
| 25. Raymond James KP (H) | | | | | | | | | |
| 26. - First Eagle: Global Fund | A | Dividend | J | T | | | | | |
| 27. - American Funds: Growth Fund of America | B | Dividend | K | T | | | | | |
| 28. - Longleaf Partners Fund | C | Dividend | K | T | | | | | |
| 29. Raymond James AP (H) | | | | | | | | | |
| 30. - Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 31. - First Eagle: Global Fund | A | Dividend | K | T | | | | | |
| 32. - Ameican Funds: Growth Fund of America | C | Dividend | K | T | | | | | |
| 33. - Zimmer Bio Met Holdings | A | Dividend | J | T | | | | | |
| 34. Schwab Rollover IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, THOMAS L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Charles Schwab Bank | A | Interest | K | T | | | | | |
| 36. - GT Erisa Fund LTD | D | Int./Div. | O | T | | | | | |
| 37. TIAA Franklin Road Academy (H) | | | | | | | | | |
| 38. - CREF Growth R1 | B | Dividend | J | T | | | | | |
| 39. - CREF Equity Index R1 | A | Dividend | J | T | | | | | |
| 40. - CREF Global Equities R1 | A | Dividend | J | T | | | | | |
| 41. TIAA St. Mary's Episcopal School (H) | | | | | | | | | |
| 42. - TIAA Tradiotnal | A | Dividend | J | T | | | | | |
| 43. - Vanguard 500 Index | B | Dividend | K | T | | | | | |
| 44. - Harbor Capital Appreciation | C | Dividend | K | T | | | | | |
| 45. - TIAA Real Estate | A | Dividend | K | T | | | | | |
| 46. - Metropolitan Total Return | A | Dividend | K | T | | | | | |
| 47. - T-C Life Cycle Idx 2030 | B | Dividend | K | T | | | | | |
| 48. - TIAA Traditional | A | Dividend | J | T | | | | | |
| 49. TIAA Traditional IRA (H) | | | | | | | | | |
| 50. - CREF Stock R1 | A | Dividend | J | T | | | | | |
| 51. AccordiaLife CSV Life Ins | C | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PARKER, THOMAS L. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **THOMAS L. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544